# SAPONE & PETRILLO, LLP

| | |
|---|---|
| William S. Petrillo, Esq., Partner | Chase S. Ruddy, Esq., Senior Associate |
| Edward V. Sapone, Esq., Partner | Kaitlyn T. Devenyns, Esq., Associate |

<u>MANHATTAN</u>
1 Penn Plaza, Suite 5315
New York, New York 10119
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: ed@saponepetrillo.com

<u>LONG ISLAND</u>
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

*BY ECF*

August 2, 2017

Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re: *United States v. Christopher McCoy*
         <u>Case No. 17-MJ-674</u>

Dear Judge Shields:

  I am retained counsel to Defendant Chris McCoy in the above-referenced case. I write to respectfully request permission for Mr. McCoy to travel outside the district on two family trips.

  Mr. McCoy would like to travel with his family to his in-laws' home in upstate New York. If permitted, he would leave late Friday 8/4 and return on Sunday 8/6. He would be staying at 880 Burdock Hill Rd, McDonough, NY. There are two ways to drive there, one which stays within NY state the entire trip and a second, which passes through NJ and PA. The family typically chooses the route based on traffic conditions, so I would ask that if he be permitted to travel, his travel include all points between his home and McDonough, NY.

  Mr. McCoy would also like to travel with his family to San Juan, Puerto Rico. If permitted, he would leave JFK airport on 8/11 at 9:09am on JetBlue flight# 403 and arrive in San Juan at 1:04pm. The family would stay at the Wyndham Rio Mar Resort, located at 6000 Rio Mar Blvd, Rio Grande, Puerto Rico, 787-888-6000. Mr. McCoy would leave San Juan on 8/14 at 4:06pm on JetBlue flight# 4 and arrive in NY JFK airport at 8:02pm.

  By way of background, on July 27, 2017, Mr. McCoy surrendered himself and was arraigned on the above-referenced Complaint, which charges him with deprivation of rights under color of law, in violation of 18 U.S.C. §§242 and 2246. On that date (and on consent of

the Government), Mr. McCoy was released on a $500,000 personal recognizance bond, co-signed by his father.

The Government by A.U.S.A. Lara Gatz, and Pretrial Services by Officer Donna Mackey, do not object to this request.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

S/ *Edward V. Sapone*
Edward V. Sapone

cc: A.U.S.A. Lara Gatz
      P.S.O. Donna Mackey