# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner  
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate

<u>MANHATTAN</u>  
1 Penn Plaza, Suite 5315  
New York, New York 10119  
Telephone: (212) 349-9000  
Facsimile: (212) 349-9003  
E-mail: ed@saponepetrillo.com

<u>LONG ISLAND</u>  
1103 Stewart Avenue, Suite 200  
Garden City, New York 11530  
Telephone: (516) 678-2800  
Facsimile: (516) 977-1977  
E-mail: william@saponepetrillo.com

*BY ECF*

August 6, 2018

Honorable Anne Y. Shields  
United States Magistrate Judge  
United States District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, NY 11722

      Re: *United States v. Christopher McCoy*  
         <u>Case No. 17-MJ-674</u>

Dear Judge Shields:

  I am retained counsel to Defendant Chris McCoy in the above-referenced case. I write to respectfully request permission for Mr. McCoy to travel to the Middle District of Pennsylvania from August 8-9, 2018.

  Mr. McCoy would be traveling with his wife and three children on an overnight trip to Hershey, Pennsylvania. If permitted to travel, they would stay overnight at the Hershey Lodge, 325 University Drive, Hershey, PA 17033. Because they are traveling by car, Mr. McCoy is also requesting permission to travel through those points between the Eastern District of New York, and the Middle District of Pennsylvania.

  By way of background, on July 27, 2017, Mr. McCoy surrendered himself and was arraigned on the above-referenced Complaint, which charges him with deprivation of rights under color of law, in violation of 18 U.S.C. §§242 and 2246. On that date (and on consent of the Government), Mr. McCoy was released on a $500,000 personal recognizance bond, co-signed by his father.

  Pretrial Services, by Officer Donna Mackey, does not object to this request. Efforts were made to secure the government's position on this request, but to date, we have not received a response.

Your Honor's consideration is greatly appreciated.

    Respectfully submitted,

    S/ *Edward V. Sapone*
    Edward V. Sapone

cc:    A.U.S.A. Lara Gatz
       P.S.O. Donna Mackey